SCWC-16-0000368

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

LANCE M. WATANABE,
Petitioner-Appellant/Cross-Appellee,

VS.

EMPLOYEES' RETIREMENT SYSTEM, STATE OF HAWAIʻI,
Respondent-Appellee/Cross-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000368; 3CC151000052)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner-Appellant/Cross-Appellee Lance M. Watanabe's application for writ of certiorari, filed on October 17, 2019, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 11, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

